**Order entered March 24, 2104**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00313-CV

### DR. JANINE CHARBONEAU, D.V.M., Appellant

### V.

### LOURDES HILL ZRINY, ET AL., Appellees

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-04035-2013**

## ORDER

This is an appeal from the trial court's February 21, 2014 interlocutory "order regarding service on defendants." It was filed March 10, 2014, within the twenty-day time frame allowed for appeals from interlocutory orders. *See* TEX. R. APP. P. 26.1(b), 28.1.

Asserting the trial court has not yet "granted [her] the right to appeal," appellant has filed a "motion for extension of time to accept amended notice of accelerated interlocutory appeal and/or notice of interlocutory appeal." Because the appeal was timely filed, we **DENY** the motion as moot to the extent it seeks an extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.1(b). To the extent the motion seeks additional time for filing an amended notice of appeal, we **DENY** the motion as premature because the time for filing an amended notice of appeal has not lapsed. *See* TEX. R. APP. P. 25.1(g).

Although the notice of appeal was timely filed, we question whether we have jurisdiction over the appeal. Subject to a few mostly statutory exceptions, interlocutory orders are unappealable until a final judgment is entered. *See Lehmann v. Har-Con Crop.*, 39 S.W.3d 191, 195 (Tex. 2001). Because it does not appear the trial court's February 21, 2014 order is appealable, we **ORDER** appellant to file a letter brief of no more than three pages addressing our concern. The brief shall be filed no later than April 3, 2014. Appellees shall file any responsive letter brief of no more than three pages no later than April 14, 2014. If either party relies on information not before this Court, that party must obtain a clerk's record from the trial court containing that information.

After it has received the jurisdictional briefs, the Court will either (1) order the appeal dismissed for want of jurisdiction or (2) notify the parties that the Court has jurisdiction over the appeal and, if appropriate of any pending deadlines. Appellant is cautioned that failure to file the requested brief may result in dismissal of the appeal without further notice.


/s/      ELIZABETH LANG-MIERS
         JUSTICE